1  Nick Pacheco, Esq. (SBN 173391)
   **NICK PACHECO LAW GROUP, APC**
2  15501 San Fernando Mission Blvd., Suite 110
   Mission Hills, CA 91345
3  Telephone: (888)-888-8641
   Facsimile:  (800)-210-0028
4  File No.: 12765

5  Attorney for Plaintiffs
   **Teresa D. Lopez**
6  **Jose A. Lopez**

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNA

10

11

12 | **ARMANDO ORDONEZ**, an individual;     | Case No.:  C112182~~LB~~ SC
   | **MARTHA JIMENEZ**, an individual,      |
13 |                                         | ~~[PROPOSED]~~ ORDER FOR VOLUNTARY
   |          Plaintiffs,                    | DISMISSAL WITHOUT PREJUDICE
14 |                                         | PURSUANT TO FEDERAL RULE OF
   |   vs.                                   | CIVIL PROCEDURE 41(a)(1)(i)
15 |                                         |
16 | **WELLS FARGO BANK, N.A.**, successor by|
   | merger to WELLS FARGO BANK              |
17 | SOUTHWEST, N.A., f/k/a WACHOVIA         |
   | MORTGAGE, a division of WELLS FARGO     | Judge: Hon. Samuel Conti
18 | BANK, N.A., f/k/a WORLD SAVINGS         |
   | BANK, F.S.B.; **WACHOVIA MORTGAGE**     | Date Removed: May 4, 2011
19 | **CORPORATION**, a division of WELLS    |
   | FARGO BANK, N.A., f/k/a WACHOVIA        | Trial Date: None Set
20 | MORTGAGE, F.S.B., f/k/a WORLD           |
21 | SAVINGS BANK, F.S.B.; **GOLDEN WEST**   |
   | **SAVINGS ASSOCIATION SERVICE**         |
22 | **COMPANY**, a California corporation; **CAL-** |
   | **WESTERN RECONVEYANCE**                |
23 | **CORPORATION**, a California corporation; |
   | and **DOES 1 through 100**, inclusive.  |
24 |                                         |
25 |          Defendants.                    |

26

27  ///

28

---

1
**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**

1  THIS MATTER came before the Court to be considered.  The Court accepts the request
2  and finds that the case should be dismissed.
3  IT IS THEREFORE ORDERED the case be dismissed without prejudice.
4  
5  All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: __8/2/11__



Honorable Judge Samuel Conti

IT IS SO ORDERED

---

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)